# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

| | |
|---|---|
| **In Re:**<br>Woodbridge Group of Companies, LLC<br>    Debtor | Bankruptcy Case No.: 17−12560−JKS<br>Bankruptcy Chapter: 11 |
| Michael Goldberg<br>    Plaintiff<br>    vs.<br>Robert A. Hudson<br>    Defendant(s) | Adv. Proc. No.: 19−50781−JKS |

## JUDGMENT BY DEFAULT

On 4/8/2021, default was entered against defendant(s) Robert A. Hudson. The plaintiff has requested entry of judgment by default, has filed an affidavit of the amount due, and has stated that this/these defendant(s) is/are not in the military service. Furthermore, it appears from the record that this/these defendant(s) is/are not an infant or incompetent person. Therefore, pursuant to Fed.R.Civ.P. 55(b)(1), as incorporated by Fed.R.Bankr.P. 7055, judgment is entered against this/these defendant(s) in favor of the plaintiff as follows:

Judgment is entered against defendant(s) Robert A. Hudson in the amount of $25,575.00 plus court filing costs in the amount of $350.00 .

Date: 4/8/21

*Una O'Boyle*

Una O'Boyle, Clerk of Court

(VAN−433b)